PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: BELL, Samad    Cr.: 05-00072-001
PACTS Number: 39336

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

Date of Original Sentence: 07/18/2005

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 51 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) financial disclosure; 2) complete GED or vocational program; and 3) DNA collection.

Type of Supervision: Supervised Release    Date Supervision Commenced: 01/04/2008

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

RESIDENTIAL RE-ENTRY CENTER PLACEMENT (1 month without weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.

## CAUSE

Bell associated with a person convicted of a felony without permission, failed to report a change in address within the allotted time frame, and excessively used alcohol. On September 2, 2010, the undersigned Probation Officer observed Bell associate with Quoimon Hatcher, a convicted felon. Further investigation revealed the offender was under the influence of alcohol and a breathalyzer test confirmed a BAC of .11%.

PROB 12B - Page 2
BELL, Samad

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Date: 10/04/2010

THE COURT ORDERS:

[X] The Modifications of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Oct. 8, 2010
_____
Date